IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:07-00007 |
| | ) | Chief Judge Haynes |
| CARLOS HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before this Court is Defendant Carlos Herdandez's Motion for Authorization to File a Second or Successive Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docket Entry No. 57) that was filed in his criminal action.

Pursuant to 28 U.S.C. § 2255, the Clerk shall transfer this motion to the Clerk of the Sixth Circuit Court of Appeals.

It is so **ORDERED**.

ENTERED this the 16th day of April, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court